```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                       :
DIMITRI ENTERPRISES, INC.,             :
                                       :
            v.                         :    20 Cv. 7966 (JSR)
                                       :
NIF SERVICES OF NEW JERSEY, INC. and   :
SCOTTSDALE INSURANCE COMPANY,          :
                                       :    ORDER
                                       :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    Plaintiff's unopposed motion for leave to file a second amended complaint is granted.

    SO ORDERED.

Dated:   New York, NY                    _____

           January 22, 2021           JED S. RAKOFF, U.S.D.J.