**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIMITRI ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>SCOTTSDALE INSURANCE COMPANY and SPAR INSURANCE AGENCY LLC,<br><br>Defendant(s). | Civil Action No.:1:20-cv-7966 (JSR)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant SPAR INSURANCE AGENCY,LLC ("SPAR") Motion to Dismiss, SPAR hereby respectfully moves before the Honorable Jed S. Rakoff, United States DistrictCourt Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing the Complaintof Plaintiff DIMITRI ENTERPRISES, INC., pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), for the failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's order of March 9, 2021, Plaintiff's Opposition, if any, should be filed and served on or before March 29, 2021, and that Defendant SPAR's reply papers should be filed and served on or before April 2, 2021.

**PLEASE TAKE FURTHER NOTICE** that oral argument on this motion to be held telephonically on April 9, 2021 at 11:00 am.

Dated: New York, New York
March 19, 2021

RIMON, P.C.

By: */s/Maxim H. Waldbaum*

Maxim H. Waldbaum,
245 Park Avenue, 39th Floor
New York, NY 10167
P: (917) 603-3905
F: (212) 363-0270
maxim.waldbaum@rimonlaw.com

*Attorney(s) for Defendant*
SPAR INSURANCE AGENCY LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2021, that a true and accurate copy of the foregoing Spar Insurance Agency, LLC's **Notice of Motion** was served upon:

Richard J. Flanagan
31 West 34th Street
7th Floor, Suite 7154
New York, NY 10001
P: (646) 380-1897
F: (845) 875-9856
rflanagan@flanaganlawny.com

*Attorney(s) for Plaintiff*
DIMITRI ENTERPRISES, INC.

Robert Patrick Vacchiano
Lance Jon Kalik
Headquarters Plaza
1 Speedwell Ave.
Morristown, NJ 07962
P: (973) 538-0800
rvacchiano@riker.com
lkalik@riker.com

*Attorney(s) for Defendant*
SCOTTSDALE INSURANCE COMPANY

via Electronic Case Filing (ECF) on March 19, 2021.

*/s/Tad Prizant*
TAD PRIZANT