```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
DIMITRI ENTERPRISES, INC.,              :
                                        :
     Plaintiff,                         :
                                        :     20 Cv. 7966 (JSR)
     -v-                                :
                                        :     ORDER
                                        :
SCOTTSDALE INSURANCE CO. and            :
SPAR INSURANCE AGENCY LLC,              :
                                        :
                                        :
     Defendants.                        :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated on the record in today's telephone conference, see Transcript dated April 9, 2021, the motion of defendant Spar Insurance Agency LLC ("Spar") to dismiss Counts Six and Seven of the complaint is granted. In addition, Spar is granted leave to move for sanctions. Moving papers are due April 19, 2021; opposition papers are due April 26, 2021.

SO ORDERED.

Dated: New York, NY

April 9, 2021

JED S. RAKOFF, U.S.D.J.

1